# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br><br>MICHAEL MARKUS, a.k.a. "RATTLER"<br><br>Defendant(s) | )<br>)<br>)  Case No.  1:17-mj-21<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __OCTOBER 27, 2016__ in the county of __MORTON__ in the _____ District of __NORTH DAKOTA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2, 231(a)(3), and 844(h) | ONE: commiting or attempting to commit any act to obstruct, impede, and interfere with any law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructed, delayed, and adversely affected commerce.<br>TWO: knowingly used fire to commit civil disorder, a felony prosecutable in a court of the United States, as set forth in Count One, the descriptions of which are hereby incorporated by reference. |

This criminal complaint is based on these facts:

SEE THE ATTACHED AFFIDAVIT OF SA DEREK J. HILL, ATF.

☑ Continued on the attached sheet.

_____
Complainant's signature

DEREK J. HILL, SA, ATF
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __01/23/2017__

_____
Judge's signature

City and state: __BISMARCK, NORTH DAKOTA__    CHARLES S. MILLER, JR., MAGISTRATE JUDGE
_____
Printed name and title